JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM RYAN P. ADA,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>FEDERAL BOARD OF INVESTIGATIONS,<br><br>　　　　　　Respondent. | Case No. SACV 17-1136-GW (KK)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Action Without Prejduce,

IT IS HEREBY ADJUDGED this action is DISMISSED without prejudice.

Dated: August 25, 2017

_____
HONORABLE GEORGE H. WU
United States District Judge

Presented by:

_____
KENLY KIYA KATO
United States Magistrate Judge